## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-CV-616-WDS |
| | ) | |
| SUKHDARSHAN S. BEDI, | ) | |
| ILLINOIS HEALTHCARE CLINIC, P.C. | ) | |
| d/b/a MARION FAMILY HEALTH CARE, | ) | |
| M-CFHC, INC. d/b/a HARRISBURG | ) | |
| FAMILY HEALTHCARE, and | ) | |
| GALATIA MEDICAL CENTER CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED JUDGMENT IN A CIVIL CASE

Pursuant to the Order of the Court entered on October 18, 2011 (Doc. 35), judgment is entered in favor of plaintiff United States of America and against the defendants Illinois Healthcare Clinic, P.C. d/b/a Marion Family Health Care, M-CFHC, Inc. d/b/a Harrisburg Family Healthcare, and Galatia Center Corporation, jointly and severally, on Counts 1, 2, 6, and 7 of plaintiff's complaint as follows:

- on Count 1, in the amount of $56,622.58 plus civil penalties of $4,620,000,
- on Count 2, in the amount of $255,451.22 plus civil penalties of $11,891,000,
- on Count 6, in the amount of $85,150.37, and
- on Count 7, in the amount of $85,150.37.

Pursuant to the consent judgment between plaintiff and the defendant Sukhdarshan S. Bedi (Doc. 41), which Bedi has satisfied (Doc. 43), judgment is entered in favor of plaintiff United States of America and against the defendant Bedi on Count 6 in the amount of $7,500.

Pursuant to the voluntary-dismissal Order entered on February 13, 2012 (Doc. 44), Counts 3, 4, and 5 against the defendants Illinois Healthcare Clinic, P.C. d/b/a Marion Family Health Care, M-CFHC, Inc. d/b/a Harrisburg Family Healthcare, and Galatia Center Corporation are **DISMISSED with prejudice**. Pursuant to the same Order, Counts 1–5 and 7 against the defendant Bedi are **DISMISSED with prejudice**.

Each party shall bear its own costs.

**DATED this 29th day of February 2012.**

**NANCY ROSENSTENGEL, CLERK**

**BY:** *s/Cheryl Ritter*
**Deputy Clerk**

**APPROVED:**

s/*WILLIAM D. STIEHL*
**U. S. District Judge**